**SEALED**



FILED
Jul 21, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-mj-00086-EPG |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER TO SEAL CASE |
| CHRISTOS MAVROKELOS, | **Filed Under Seal** |
| Defendant. | |

Upon application of the United States and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and all other documents filed in this case shall be sealed and shall not be disclosed to any person unless otherwise ordered by this Court.

Dated: **Jul 21, 2023**

_/s/ Erica P. Grosjean_
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE