PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOS MAVROKELOS,<br><br>Defendant. | CASE NO. 1:23-MJ-00086-EPG<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME** |

The parties stipulate as follows:

1. The complaint was issued in this district on November 16, 2023, and the defendant made his initial appearance the next day. The Court scheduled a preliminary hearing for December 1, 2023.

2. The government produced initial discovery to Mr. Mavrokelos's counsel. The preliminary hearing was then continued until December 22, 2023, with an appropriate time exclusion, so that the defendant could review the discovery and consider a pre-indictment resolution of the case.

3. On December 15, 2023, the parties agreed to continue the preliminary hearing until January 12, 2024, and to exclude time. The Court signed the stipulation and order the same day.

4. The parties now agree to further continue the preliminary hearing until January 26, 2024. The parties also agree that good cause exists for the continuance because the extension is required to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-indictment

1

resolution of the case.

5. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from December 22, 2023, through January 26, 2024, should be excluded. Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  January 8, 2024          PHILLIP A. TALBERT
                                 United States Attorney

                                 */s/ Cody Chapple*
                                 Cody Chapple
                                 Joseph Barton
                                 Assistant United States Attorney

Dated:  January 8, 2024          */s/ Alonzo Gradford*
                                 Alonzo Gradford
                                 Counsel for Christos Mavrokelos

2

**ORDER RE STIPULATION TO
CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME**

The Court has read and considered the parties' stipulation to further continue the preliminary hearing and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-indictment resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The preliminary hearing is continued from January 12, 2024, until January 26, 2024, at 2:00 p.m.; and

2. The period from January 12, 2024, through January 26, 2024, shall be excluded pursuant to Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **January 8, 2024**

UNITED STATES MAGISTRATE JUDGE