PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOS MAVROKELOS<br><br>Defendant. | CASE NO. 1:24-CR-00015-NODJ-BAM<br><br>**STIPULATION TO SCHEDULE ARRAIGNMENT ON INFORMATION AND CHANGE OF PLEA; ORDER** |

    The Parties have filed a plea agreement to resolve this case where the defendant, Christos Mavrokelos, has agreed to waive his right to indictment and proceed by information. Therefore, the Parties agree that the case can be set for an arraignment on the information and change of plea hearing before Honorable No District Judge on February 12, 2024, at 8:30 a.m. The parties have confirmed this date with the Court.

    To the extent that any of the deadlines under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., apply, the parties agree to extend those deadlines through February 12, 2024, in the interests of justice, including the need for defense preparation and continuity of defense counsel. The parties also agree that the ends of

1

justice served by taking this action outweigh the best interests of the public and of Mr. Mavrokelos to a speedy trial.

IT IS SO STIPULATED.

DATED: January 22, 2024

                                            /s/ Alonzo Gradford
                                           Alonzo Gradford
                                           Counsel for Christos Mavrokelos

DATED: January 22, 2024

                                            /s/ Cody Chapple
                                           Cody Chapple
                                           Joseph Barton
                                           Assistant United States Attorneys

**ORDER**

Upon the parties' stipulation and for good cause shown, this case is set for an arraignment on the information and change of plea hearing on **February 12, 2024, at 8:30 a.m., before the Honorable No District Judge**. The preliminary hearing date of January 26, 2024, at 2:00 p.m. is vacated. To the extent that the deadlines set by the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, apply, those deadlines are extended through February 12, 2024, for defense preparation and continuity of defense counsel.

IT IS SO ORDERED.

Dated: **January 22, 2024**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE