PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOS MAVROKELOS,<br><br>Defendant. | CASE NO. 1:24-CR-00015-NODJ-BAM<br><br>**SECOND STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On February 12, 2024, the parties appeared for a change of plea hearing and arraignment on the Information filed on January 18, 2024. At the hearing the defendant and the Court signed a waiver of indictment, and a guilty plea to Count One of the Information under 18 U.S.C. § 1029(a)(1) was entered. The Court set defendant's sentencing hearing for May 13, 2024.

2. On March 29, 2024, the U.S. Probation Office reached out to the parties to request additional time to prepare the presentence investigation report due to the voluminous documents and discovery in this case. The parties agreed and now seek to continue the sentencing hearing to July 15, 2024, at 9:00 a.m. The proposed sentencing date represents the earliest date that all counsel and probation are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a sentencing hearing. The parties originally submitted a stipulation to

continue the sentencing hearing to June 10, 2024, [ECF 26] however, the Court notified the parties of its unavailability and proposed available dates. The parties agreed on July 15, 2024, and now submit this second stipulation.

    3.    The parties agree and stipulate, and request that the Court find the following:

        a)    The discovery associated with this case includes voluminous investigative reports, and other documents.

        b)    To provide probation with sufficient time to complete a presentence investigation report and to provide the parties with the opportunity to review a completed report.

        c)    Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)    The government does not object to the continuance.

        e)    The defendant is currently in custody.

IT IS SO STIPULATED.

Dated: April 9, 2024

    PHILLIP A. TALBERT
    United States Attorney

    By:  */s/ Cody Chapple*
    CODY S. CHAPPLE
    JOSEPH D. BARTON
    Assistant United States Attorney

Dated: April 9, 2024

    */s/ Alonzo Gradford*
    ALONZO GRADFORD
    Attorney for Defendant
    CHRISTOS MAVROKELOS

**O R D E R**

IT IS HEREBY ORDERED for good cause shown, that the Sentencing hearing set for May 13, 2024, is continued to July 15, 2024.

DATED: April 11, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE